# Court of Appeals
# of the State of Georgia

ATLANTA, July 15, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1767. JIKEVIOUS SCOTT v. THE STATE.**

Jikevious Scott was convicted of felony murder and cruelty to children. He filed a motion for new trial, which the trial court denied. This appeal followed.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1 (e) (1); see also *Hart v. State*, ___ Ga. ___, ___ (1) (Case No. S25A0136, June 24, 2025) (reaffirming that the Supreme Court has opted to review murder cases).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition. See *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/15/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*